No. 91–6184. ROLLINS v. LEONARDO, SUPERINTENDENT, COMSTOCK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6205. COX v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–6214. CORTEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6215. DURON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6216. ADAIR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6225. AHMED v. STONE, SECRETARY, DEPARTMENT OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 91–6237. EVANS v. CLARK. C. A. 7th Cir. Certiorari denied.

No. 91–6242. BOWERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6246. HARRELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6254. WILSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6281. KERLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6287. BRANDON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6308. QUINONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6315. JONES, AKA HILTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–6360. EMBREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.